STATE of Missouri, Respondent,

v.

**Mary L. HAYES, Appellant.**

**No. WD 39332.**

Missouri Court of Appeals, Western District.

Jan. 26, 1988.

Bruce W. Simon, Kansas City, for appellant.

William L. Webster, Atty. Gen., Scott L. Templeton, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Direct appeal from convictions for the sale and possession of controlled substances, in violation of § 195.020, RSMo 1986.

Judgment affirmed. Rule 30.25(b).